# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

137263 & (86)(93)(97)(101)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ZAREMBA EQUIPMENT, INC.,
      Plaintiff-Appellee
      and Cross-Appellant,

v

SC: 137263
COA: 274745
Otsego CC: 04-010930-CK

HARCO NATIONAL INSURANCE
COMPANY and PATRICK MUSALL,
      Defendants-Appellants
      and Cross-Appellees.
_____/

      On order of the Court, the motions for extension of time for filing are GRANTED. The application for leave to appeal the July 31, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion regarding service of pleadings is DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk

d0316